■ Hope International Productions, Ltd., Respondent, v Polygram Records, Inc., Appellant.—Order, Supreme Court, New York County (Irma Vidal Santaella, J.), entered on April 25, 1989, unanimously affirmed for the reasons stated by Irma Vidal Santaella, J., without costs and without disbursements. Concur—Murphy, P. J., Sullivan, Carro, Wallach and Rubin, JJ.

■ The People of the State of New York, Respondent, v Ramon Martinez, Appellant.—Judgment, Supreme Court, New York County (Leslie Crocker Snyder, J.), rendered on April 22, 1988, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the second degree and sentencing defendant to an indeterminate prison term of seven years to life, unanimously affirmed.

We are unpersuaded that the sentence imposed was unduly harsh or severe. Taking into account, "among other things, the crime charged, the particular circumstances of the individual before the court and the purpose of a penal sanction", we perceive no abuse of discretion warranting a reduction in sentence. (People v Farrar, 52 NY2d 302, 305.)

Further, defendant was sentenced in accordance with his plea bargain and within statutory guidelines. "Having received the benefit of his bargain, defendant should be bound by its terms." (People v Felman, 141 AD2d 889, 890, lv denied 72 NY2d 918.) Concur—Murphy, P. J., Sullivan, Carro, Wallach and Rubin, JJ.

■ The People of the State of New York, Respondent, v Cesar Perez Feliciano, Appellant.—Judgment, Supreme Court, New York County (Allen Alpert, J.), rendered on September 10, 1986, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Carro, Wallach and Rubin, JJ.